Eastern District of Kentucky
FILED

JAN 22 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND**

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 0:26-Cr-22-DLB

DAVIIAN ROBERTS

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. §111(a)(1)
### 18 U.S.C. §111(b)

On or about March 4, 2025, in Martin County, in the Eastern District of Kentucky,

**DAVIIAN ROBERTS**

did forcibly assault, resist, oppose, impede, intimidate and interfere with Travis Jones, a

Correctional Officer with the Federal Bureau of Prisons at the United States Penitentiary,

Big Sandy, while Officer Jones was engaged in the performance of his official duties, and

did thereby inflict bodily injury upon Officer Jones with a deadly or dangerous weapon, all

in violation of 18 U.S.C. §111(a)(1) and 18 U.S.C. §111(b).

## COUNT 2
### 18 U.S.C. §111(a)(1)
### 18 U.S.C. §111(b)

On or about March 4, 2025, in Martin County, in the Eastern District of Kentucky,

**DAVIIAN ROBERTS**

did forcibly assault, resist, oppose, impede, intimidate and interfere with Aaron Blevins, a Correctional Officer with the Federal Bureau of Prisons at the United States Penitentiary, Big Sandy, while Officer Blevins was engaged in the performance of his official duties, and did thereby inflict bodily injury upon Officer Blevins with a deadly or dangerous weapon, all in violation of 18 U.S.C. §111(a)(1) and 18 U.S.C. §111(b).

### COUNT 3
### 18 USC §111(a)(1)
### 18 USC §111(b)

On or about March 4, 2025, in Martin County, in the Eastern District of Kentucky,

**DAVIIAN ROBERTS**

did forcibly assault, resist, oppose, impede, intimidate and interfere with Tyler Jude, a Correctional Officer with the Federal Bureau of Prisons at the United States Penitentiary, Big Sandy, while Officer Jude was engaged in the performance of his official duties, and did thereby inflict bodily injury upon Officer Jude with a deadly or dangerous weapon, all in violation of 18 USC §111(a)(1) and 18 USC §111(b).



**FOREPERSON**

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1-3:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than three years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.