**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**
**Criminal Minutes – Telephonic Motion Conference**

**Ash. Cr. No. 26-22-DLB-CJS**
**Ash. Cr. No. 26-24-DLB-CJS**             at **COVINGTON**                    **05/06/2026**

**U.S. v. DAVIIAN ROBERTS**      **X** Not Present        **X** Custody

PRESENT:    **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Stacie Gabbard**                **KYED-COV   0-26-cr-24  20260506_103254**
Deputy Clerk                Audio File Number

I, Stacie Gabbard, CERTIFY the official record of this proceeding is an audio file.

**Kelly K. Ridings (by phone)**      **Richard A. Hughes (by phone)**    **X** Present  **X** Appointed
Assistant U.S. Attorney            Attorney for Defendant

**PROCEEDINGS:    TELEPHONIC MOTION CONFERENCE**

Case called for telephonic Motion Conference on Defendant's Sealed Motion for Leave to Seal a Document (R. 11) and Sealed Motion (R. 12).  After hearing from counsel, Defendant's Sealed Motion will be granted, and Defendant shall undergo custodial evaluation by appropriate medical personnel as to criminal responsibility and mental disease or defect or any other mental condition bearing on the issue of guilt.  The United States accepts that Defendant's Sealed Motion filing constitutes notice to the United States under Federal Rule of Criminal Procedure 12.2(a) and (b). Pursuant to Rule 12.2(c), the United States moved to join in the requested custodial examinations. Counsel agree that these evaluations shall be done in respect to both this case (0:26-cr-24-DLB-CJS) and case 0:26-cr-22-DLB-CJS.

Accordingly, having heard from counsel, **IT IS ORDERED** as follows:

1) The Motion to Seal (R. 11) and Sealed Motion (R. 12) filed in case 0:26-cr-24-DLB-CJS shall also be docketed by the Clerk of Court in case 0:26-cr-22-DLB-CJS.  These minutes shall also be docketed in case 0:26-cr-22-DLB-CJS.

2) Defendant's Sealed Motion for Leave to Seal a Document (R. 11 in case 0:26-cr-24) is hereby **granted** in both cases.

3) Defendant's Sealed Motion requesting examination (R. 12 in case 0:26-cr-24) is hereby **granted** in both cases.

4) United States' oral motion pursuant to Criminal Rule 12.2 to join in the custodial Bureau of Prisons examination of Defendant by appropriate experts for both cases is **granted**.

5) **Final Pretrial Conference** set for **Friday, May 15, 2026, at 10:00 a.m.** before Chief District Judge David L. Bunning in Ashland is hereby **vacated** for both cases.

6) **Jury Trial** set to begin on **Monday, June 15, 2026**, before Chief District Judge David L. Bunning in Ashland is hereby **vacated** for both cases.

7) The Court FINDS that, in addition to all other provisions of the Speedy Trial Act that may be applicable to this circumstance, the time period from April 29, 2026 (the filing of Defendant's Sealed Motion for examination) until completion of the examinations and status/scheduling conference with the Court is EXCLUDED from Defendant's speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(A) in both cases.  Upon inquiry, neither side, by and through counsel, objects to these findings.

8) Defense Counsel shall have **ten (10) days from the entry of these minutes** to make a Notice filing in both cases.  Said Notice filing should be made after counsel has communicated with Defendant Roberts about these minutes and the substance of this telephonic Motion Conference and what the Court has ordered.  The Notice should include:

   a) whether Defendant seeks for another court proceeding to be held regarding the ordered examinations so that he can be in attendance;
   b) whether Defendant consents to attending remotely if he does seek for a further proceeding to be scheduled; and
   c) any objections by the Defendant to the Court's speedy trial findings made during the telephone conference with counsel and set forth in these minutes.

9) Following defense counsel's Notice filing, further order shall be issued by the Court either directing the Bureau of Prisons to designate an appropriate facility at which to conduct the examinations or scheduling a further proceeding if Defendant so requests.

10) Defendant remains in the custody of the U.S. Marshals Service pending further proceedings.

Signed By:

*Candace J. Smith*

**United States Magistrate Judge**

COR/USPO/USM
Deputy Clerk: *SLG*
TIC: 1 hr. 4 mins.

2